B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Florida

In re Debtor 1: Gerardo Melgar,     Case No. 23-10845-LMI

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>Land Home Financial Services, Inc.</u> | AXIOM FINANCIAL |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Land Home Financial Services, Inc.
3611 South Harbor Blvd STE 100
Santa Ana, CA 92704-7915

Phone:
Last Four Digits of Acct #: <u>0063</u>

Court Claim # (if known): <u>6-1</u>
Amount of Claim: $80,892.79
Date Claim Filed: 04/05/2023

Phone:
Last Four Digits of Acct. #: <u>0921</u>

Name and Address where transferee payments should be sent (if different from above):
Land Home Financial Services
PO BOX 25164
Santa Ana, CA 92799

Phone:
Last Four Digits of Acct #: <u>0063</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Christopher Giacinto  As Authorized Agent     Date: 12/05/2023
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.