UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   Gerardo Melgar                                          Case No.: 23-10845-LMI
                                                                 Chapter 13

_____Debtor(s)_____/

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Amended Agreed Order to Employer To Deduct And Remit And For Related Matters was sent to all parties on the attached service list on January 18, 2024.

Electronically: Nancy K. Neidich, Trustee

First Class Mail:

Debtor(s), Gerardo Melgar
1981 NW 37 Avenue
Miami, FL 33125

Masaveu & Co Management Real Estate
ATTN: PAYROLL DEPARTMENT
601 Brickell Key Drive #101
Miami. FL 33131

Respectfully submitted:
January 18, 2024

**Jose A. Blanco, P.A.**
By: */s/ Jose A. Blanco* | FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013,
Tel. (305) 349-3463
E-mail: jose@blancopa.com