UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Gerardo Melgar                                                    Case No.: 23-10845-LMI
                                                                             Chapter 13

_____Debtor(s)_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Order Granting Motion To Modify Plan And Approving First Modified Chapter 13 Plan was sent to all parties on the attached service list on February 9, 2024.

Electronically: Nancy K. Neidich, Trustee

First Class Mail:

Debtor(s), Gerardo Melgar
1981 NW 37 Avenue
Miami, FL 33125

All Creditors on the Matrix

| | |
|---|---|
| Respectfully submitted: | **Jose A. Blanco, P.A.** |
| February 9, 2024 | By: */s/ Jose A. Blanco* | FBN: 062449 |
| | Attorney for Debtor(s) |
| | 102 E 49th ST |
| | Hialeah, FL 33013, |
| | Tel. (305) 349-3463 |
| | E-mail: jose@blancopa.com |